## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **ROGER BUEHL,** | | : | |
| | **Plaintiff** | : | |
| | | : | **No. 10-CV-02288** |
| | **v.** | : | |
| | | : | **Judge Munley** |
| **JON FISHER,** *et al.*, | | : | |
| | **Defendants** | : | **Electronically Filed Document** |

---

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 12(b)(6), defendants, by their counsel, hereby move this Court to dismiss plaintiff's amended complaint.  In support of this motion, defendants assert the following.

1.      Plaintiff's complaint fails to state a claim against defendants upon which relief may be granted.

2.      Plaintiff has failed to exhaust some or all of his claims.

3.      A supporting brief will be submitted in accordance with Local Rule 7.5.

WHEREFORE, defendants respectfully request that the amended complaint be dismissed.

Respectfully submitted,

LINDA L. KELLY
Attorney General

By:   _s/Michael L. Harvey_
        MICHAEL L. HARVEY
        Senior Deputy Attorney General
        Attorney ID #30098

Office of Attorney General      Gregory R. Neuhauser
15th Floor, Strawberry Square   Chief Deputy Attorney General
Harrisburg, PA 17120       Chief, Civil Litigation Section
Phone: (717) 705-6896 - Direct
Fax:   (717) 772-4526
mharvey@attorneygeneral.gov

Date:  November 21, 2011

## CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

I, Michael L. Harvey, Senior Deputy Attorney General, hereby certify that I sought concurrence in Defendants' Motion to Dismiss Amended Complaint, and that plaintiff's counsel was not available.  An amended certificate will be filed once plaintiff's counsel is contacted.


*s/ Michael L. Harvey*
**MICHAEL L. HARVEY**
Senior Deputy Attorney General


**Date: November 21, 2011**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROGER BUEHL,** | : | |
| **Plaintiff** | : | |
| | : | **No. 10-CV-02288** |
| **v.** | : | |
| | : | **Judge Munley** |
| **JON FISHER, *et al.,*** | : | |
| **Defendants** | : | **Electronically Filed Document** |

## CERTIFICATE OF SERVICE

I, Michael L. Harvey, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 21, 2011, I caused to be served a true and correct copy of the foregoing document titled Defendants' Motion to Dismiss Amended Complaint to the following:

**VIA ECF**

**Jennifer J. Tobin**
**Pennsylvania Institutional Law Project**
**718 Arch Street**
**Suite 304 South**
**Philadelphia, PA  19106**
jtobin@pailp.org
*Counsel for Plaintiff*


*s/ Michael L. Harvey*
**MICHAEL L. HARVEY**
Senior Deputy Attorney General