# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER BUEHL, | : | CIVIL NO. 3:CV-10-2288 |
| **Plaintiff,** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| JON FISHER, et al., | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 12 day of October 2012, upon consideration of defendants' motion (Doc. 77) for an extension of time to file a responsive pleading, it is hereby ORDERED that the motion is GRANTED.  Defendants' may file an answer or appropriate pretrial motion on or before December 17, 2012.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**