IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER BUEHL,** | : | **CIVIL NO. 3:CV-10-2288** |
| Plaintiff, | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **JON FISHER, et al.,** | : | |
| Defendants | : | |

## SCHEDULING ORDER

AND NOW, to wit, this 11th day of February, 2013, it is hereby **ORDERED** that:

1. The pre-trial schedule in the above-captioned case shall be as follows:

   a. Discovery shall be completed on or before April 15, 2013.

   b. Dispositive motions shall be filed on or before May 15, 2013.

   c. Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

2. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

3. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b).

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**