IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER BUEHL, | : | |
| | : | |
| Plaintiff | : | Civil Action No. 10-02288 |
| | : | |
| | : | Judge James M. Munley |
| v. | : | |
| | : | |
| | : | *Electronically Filed* |
| JON FISHER, *et al.*, | : | |
| | : | |
| Defendants | : | |
| | : | |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO COMPLETE DISCOVERY**

Plaintiff and Defendants, through their undersigned counsel, respectfully move for an additional ninety (90) days in which to complete fact discovery, thus establishing a new deadline of September 12, 2013. In addition, the parties request that the filing of dispositive motions and other case management deadlines be extended by ninety (90) days. In support of this motion, they represent the following:

1

1. On April 3, 2013, this Court granted the parties' joint motion to extend discovery and established June 14, 2013 as the discovery deadline in this case and July 14, 2013 as the deadline for the filing of dispositive motions. [Doc. # 82]

2. The parties requested that discovery extension due to personnel changes and decreased staffing in the Office of the Attorney General, which resulted in an increase in defense counsel's caseload and responsibilities in this case.

3. The parties are engaged in discovery and have diligently worked to achieve mutually agreeable terms for the disclosure of certain information and documents in discovery.

4. However, production of Defendants' responses to Plaintiff's requests for production of documents is not yet complete and additional time is needed for production of documents.

5. In addition, a substitution of Plaintiff's counsel will occur in the near future, due to changes in personnel and staffing in that office.

6. After counsel is substituted, the parties will continue with discovery.

7. After paper discovery is completed, the parties will schedule and complete depositions, which will likely be numerous due to the number of Defendants in this case.

8. The parties anticipate that scheduling and completing the depositions will take additional time, due to the number of depositions to be taken, the schedules of the parties, and the schedules of counsel, which include one trial in July.

9. For these reasons, and to ensure that the parties are able to engage in full and fair discovery, the parties seek an additional ninety (90) days within which to complete discovery.

10. All counsel consent to this motion.

11. This motion is not intended to nor will it unnecessarily delay this litigation, but rather is intended to ensure that the discovery process is complete and accurate for all parties.

Therefore, it is respectfully requested that an enlargement of time to Thursday, September 12, 2013, be provided to complete fact discovery in this matter and that the deadlines set forth in the Court's Scheduling Order be correspondingly extended as set forth in the attached proposed order.

                        PENNSYLVANIA INSTITUTIONAL LAW PROJECT

Date:  May 24, 2013        BY:  /s/ Jennifer J. Tobin
                                          Jennifer J. Tobin
                                          Attorney I.D. No. 202047
                                          718 Arch Street, Ste. 304 South
                                          Philadelphia, PA  19106
                                          Tel:   215-925-2966
                                          Fax:   215-925-5377
                                          Attorney for Plaintiff Roger Buehl

                                          KATHLEEN G. KANE
                                          Attorney General

                                      BY:  /s/ Keli M. Neary
                                          Keli M. Neary
                                          Deputy Attorney General
                                          Attorney I.D. No. 205178

                                          GREGORY R. NEUHAUSER
                                          Chief Deputy Attorney General
                                          Chief, Civil Litigation Section

                                          Office of Attorney General
                                          15th Floor, Strawberry Square
                                          Harrisburg, PA  17120
                                          Phone:  (717) 787-1180 – Direct
                                          Fax:  (717) 772-4526

# **CERTIFICATE OF SERVICE**

      I, Jennifer J. Tobin, certify that on May 24, 2013, the foregoing Joint Motion for Extension of Time to Complete Discovery, along with all attachments, was filed via the Court's ECF system and is available for viewing and downloading therefrom.  In addition, the following individuals were served with a copy of the foregoing motion and accompanying attachments via the ECF electronic notification system:

      Keli M. Neary
      Deputy Attorney General
      Office of Attorney General
      15th Floor, Strawberry Square
      Harrisburg, PA  17120

      Attorney for Defendants Fisher, Eichenlaub, Hannah, Mitchell, Myers, Painter, Robinson, Smeal, Smith, Sullivan, Varner, and Hollibaugh

Date: May 24, 2013        /s/ Jennifer J. Tobin
      Jennifer J. Tobin
      Pennsylvania Institutional Law Project