# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ROGER BUEHL,** : **CIVIL NO. 3:CV-10-2288**
       **Plaintiff,** :
        : **(Judge Munley)**
   **v.** :
        :
**JON FISHER, et al.,** :
       **Defendants** :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 2nd day of April 2014, upon consideration of defendants' motion (Doc. 92) for summary judgment, and in accordance with the foregoing memorandum, it is hereby **ORDERED** that:

1. Defendants' motion (Doc. 92) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

                               **BY THE COURT:**

                               **s/James M. Munley**
                               **JUDGE JAMES M. MUNLEY**
                               **United States District Court**